UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

NAUTICA APPAREL, INC, a
Delaware corporation and SURF 9
LLC, a Florida limited liability
company,

    Plaintiffs,

v.

                                        Case No. 3:22-cv-1240-BJD-MCR

IROCKER INC., a Delaware
corporation, IROCKER PARENT
LLC, a Delaware Company, and
STEVE ELDER, an individual,

    Defendants.
_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Joint Stipulation of Dismissal with Prejudice (Doc. 129; Stipulation) filed on August 7, 2023. In the Stipulation, the parties state that Plaintiffs agree to the dismissal of all claims brought in this action against Defendants with prejudice. See Stipulation at 1. Additionally, Defendant/Counter-Plaintiff iRocker, Inc. dismisses all counterclaims against Counter-Defendant Nautica Apparel, Inc. with prejudice. See id.

Accordingly, it is hereby

**ORDERED**:

1. This case is **DISMISSED with prejudice.**

2. Each party shall bear its own costs and fees.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE** and **ORDERED** in Jacksonville, Florida this 15th day of August 2023.

_____
BRIAN J. DAVIS
United States District Judge

cs
Copies to:

Counsel of Record